UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | | |
|---|---|---|
| **PAUL SCOTT** | : | **DOCKET NO. 6:22-CV-04656** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **FOREMOST INSURANCE CO** **GRAND RAPIDS MICHIGAN** | : | **MAGISTRATE JUDGE KAY** |

### REPORT AND RECOMMENDATION

This suit was filed on plaintiff's behalf by the firm McClenny Moseley & Associates, PLLC ("MMA"). Doc. 1. Plaintiff became a *pro se* litigant by operation of an order of this court styled "Order Terminating Former MMA Counsel from Proceedings, Designating Plaintiff a *Pro Se* Litigant, and Other Matters" (the "Termination Order"). Doc. 24. The Termination Order set a November 30, 2023, status conference that plaintiff was ordered to attend in person. Plaintiff did not appear for the status conference as instructed. Doc. 25.

The court set the status conference to discuss with plaintiff the Joint Motion to Dismiss [doc. 9] and the Memorandum Regarding Settlement Agreement submitted to the court by plaintiff's previous counsel of record. Doc. 14 (sealed). Plaintiff did not appear to advise the Court whether or not he is dissatisfied or received the funds from that settlement. Accordingly, we **RECOMMEND** to the district court that the terms of the settlement agreement be approved, and this matter be **DISMISSED WITH PREJUDICE**.

Under the provisions of 28 U.S.C. § 636 and Rule 72 of the Federal Rules of Civil Procedure, parties have fourteen (14) days from receipt of this Report and Recommendation to file written objections with the Clerk of Court. A party may respond to another party's objections

within fourteen (14) days after being served with a copy thereof. Failure to file written objections to the proposed factual findings and/or the proposed legal conclusions reflected in this Report and Recommendation within fourteen (14) days following the date of receipt shall bar an aggrieved party from attacking either the factual findings or the legal conclusions accepted by the District Court, except upon grounds of plain error. *See Douglas v. United Services Automobile Ass'n,* 79 F.3d 1415, 1429–30 (5th Cir. 1996).

THUS DONE AND SIGNED in Chambers this 27th day of December, 2023.

_____
KATHLEEN KAY
UNITED STATES MAGISTRATE JUDGE